AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kornreich, Louis H. | Bankruptcy Court - District of Maine | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

M.C. Smith Federal Building
202 Harlow Street, Suite 331
Bangor, ME 04401

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornreich, Louis H. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Massachusetts Bar Association Continuing Legal Education Program | November 3 and 4, 2011 | Boston, MA | Speaker | Transportation, lodging, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kornreich, Louis H.** | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | USAA Savings Bank | Credit Card | K |
| 2. | Peoples Bank (f/k/a Merrill Bank) | Unsecured Line of Credit | M |
| 3. | Sallie Mae | Student Loan | M |
| 4. | Bank of America | Credit Card | J |
| 5. | American Express | Credit Card | J |
| 6. | Sears Mastercard | Credit Card | J |
| 7. | Bangor Federal Credit Union | Loan | J |
| 8. | Discover Card | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornreich, Louis H. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  NORTHWESTERN MUTUAL IRA | | | | | Closed | | | | |
| 2.  - Franklin Templeton Int'l | | | | | Closed | | | | |
| 3.  - Mason Street Midcap Growth Stock | | | | | Closed | | | | |
| 4.  - Mason Street Growth Stock | | | | | Closed | | | | |
| 5.  - Mason Street Large CAP Core Stock | | | | | Closed | | | | |
| 6.  - Mason Street Small CAP Growth Stock | | | | | Closed | | | | |
| 7.  State of Israel Bonds | A | Interest | J | T | | | | | |
| 8.  US Savings Bonds | A | Interest | J | T | | | | | |
| 9.  Reserve Insured Deposit | A | Int./Div. | J | T | | | | | |
| 10.  Peoples Bank (f/k/a Merrill Merchants Bank) Accounts | A | Interest | J | T | | | | | |
| 11.  Northwestern Mutual | | | | | Closed | | | | |
| 12.  Northwestern Mutual | | | | | Closed | | | | |
| 13.  MetLife (f/k/a New England Financial) | D | Interest | J | T | | | | | |
| 14.  Met Life (f/k/a New England Financial) | D | Interest | J | T | | | | | |
| 15.  American Funds | A | Int./Div. | J | T | Open | 09/01/11 | J | | |
| 16.  Thrift Savings Plan | A | Int./Div. | J | T | | | | | |
| 17.  Prudential | B | Int./Div. | J | T | Open | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornreich, Louis H. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII:

Item 1, Northwestern Mutual IRA: These were transferred on 11/2/2009 to American Funds. I reported them on prior disclosures as Northwestern Mutual IRA because the brokerage firm remained Northwestern Mutual Investment Services. In 9/2011, this reporting year, I received notice from Northwestern Mutual Investment Services that all transactions and contributions should be made directly to American Funds.

Items 11 and 12, Northwestern Mutual: These were life insurance policies that were closed and replaced with one policy from Prudential. The actual cancellation of Northwestern Mutual policies and acquisition of the Prudential police occurred in January 2009 and were omitted due to oversight. The Prudential policy is listed as item 17.

Item 16, Thrift Savings Plan: The Thrift Savings Plan (automatic Judiciary benefit) was omitted from prior reports due to oversight.

| Name of Person Reporting | Date of Report |
|---|---|
| Kornreich, Louis H. | 05/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Louis H. Kornreich**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544